1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA
10

11 | SECURITIES AND EXCHANGE      | Case No.:  97cv1684-JAH (JLB)
12 | COMMISSION,                  |
                                   | **ORDER GRANTING MOTION TO**
13 |                   Plaintiff,  | **DISBURSE FUNDS DEPOSITED**
                                   | **WITH THE COURT [Doc. No. 181]**
14 | v.                           |
15 | JAMES W. FARRELL, GARY L.    |
   | MOORE, AND JILL HALL, *et al.*, |
16 |                              |
   |                  Defendants.  |
17

18        Pending before the Court is Plaintiff Securities and Exchange Commission ("SEC")

19 motion to disburse funds, paid to the Clerk of Court by Defendants James W. Farrell, Gary

20 L. Moore, and Jill Hal to the SEC for remittance to the United States Treasure. *See* Doc.

21 No. 181.

22        Upon consideration of the motion and good cause appearing, the SEC's motion is

23 **GRANTED**. IT IS HEREBY ORDERED:

24        1. The Clerk of Court is authorized and directed to disperse to the SEC all

25            funds paid to the Clerk of Court by Defendants James W. Farrell, Gary L.

26            Moore and Jill Hall that are presently being held in the CRIS, together with

27            all interest accrued thereon, by check(s) payable to the "United States

28            Securities and Exchange Commission" and mail or deliver the check(s) to

the following address:  Enterprise Services Center, Accounts Receivable Branch, 6500 South MacArthur Boulevard, Oklahoma City, Oklahoma 73169; and

2.  Upon receipt of such funds the SEC shall remit the funds to the United States Treasury.

**IT IS SO ORDERED.**

DATED: July 7, 2020

_____
Hon. John A. Houston
United States District Judge

97cv1684-JAH (JLB)